IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO: 2:15-CR-5-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER OF ABATEMENT |
| | ) | |
| RONALD BERRY | ) | |

Upon motion of the Government, and for good cause shown, it is HEREBY ORDERED that the pending case against the defendant RONALD BERRY is abated.

So ORDERED, this __8'__ day of October, 2015.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE